THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: MARY A. BRANCH                  CASE NO.: 4-13-11404
          DEBTOR                                       CHAPTER 13

## MODIFICATION OF CHAPTER 13 PLAN

Comes now the Debtor, by and through her attorney, Clarence W. Cash, and for her Modification of the Chapter 13 Plan, states:

1. Payments shall be made in the sum of $832.00 per month.

   - ❏ This represents a decrease in the amount of plan payment.
   - ❏ This represents an increase in the amount of the plan payment.
   - X This modification does not affect the amount of the plan payment.

2. The plan length from the date of filing shall be sixty (60) months.

   - ❏ This modification does affect the length of the plan.
   - X This modification does not affect the length of the plan.

3. Unsecured creditors are to be paid pro-rata.

4. The following changes are to be made to each creditor as set out below.

   | Creditor Name | Change in Treatment/Classification |
   |---|---|
   | U.S. Bank National Association<br>BSI Financial Services<br>314 S Franklin St<br>Titusville, PA 16354 | Re: 6801 JUNIPER, LITTLE ROCK, AR 72209<br><br>Pay the regular, ongoing mortgage payment in the amount of $354.02 per month effective June 1, 2015. Cure the pre-petition arrearage in full over length of plan. Cure the post-petition arrearage in the amount of $1,607.71 in full over length of plan. Pay the creditor's attorney's fees and costs in full over length of plan. |

5. The following creditors are added to the plan and are classified as Secured creditors:

      None

6.     The following creditors are added to the plan and are classified as Priority creditors:

      None

7.     The following creditors are added to the plan and are classified as Unsecured creditors:

      None

8.     Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

9.     All other provisions as set forth in the last confirmed plan shall remain the same.

10.     Debtor will pay all disposable income to the Trustee for the applicable commitment period for the benefit of unsecured creditors.

DATE:   July 20, 2015

Respectfully submitted,

/s/CLARENCE W. CASH, Ark. Bar No. 73017
Attorney at Law
424 W. 4th St. Suite B
North Little Rock, Arkansas 72114
(501) 371-9114

## THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**IN RE: MARY A. BRANCH**                           **CASE NO.: 4-13-11404**
       **DEBTOR**                                                   **CHAPTER 13**

**NOTICE OF OPPORTUNITY TO OBJECT BEFORE (AFTER) CONFIRMATION**

      You are hereby notified that the captioned debtor has filed the attached modification of plan pursuant to 11 U.S.C. §1323 (Before Confirmation) or 11 U.S.C. §1329 and Rule 3015 of the Rules of Bankruptcy Procedure (After Confirmation). Objections to confirmation of the plan as modified must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within twenty-one (21) days from the date of this notice, with copies to the attorney for debtor and to the Standing Chapter 13 Trustee, P. O. Box 8064, Little Rock, Arkansas 72203.

      If objections to the plan as modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

Date:  July 20, 2015 /s/ CLARENCE W. CASH, Ark. Bar No. 73017
Attorney at Law
424 W. 4th St.  Suite B
North Little Rock, Arkansas 72114
(501) 371-9114

**CERTIFICATE OF MAILING**

    I, the undersigned, hereby certify that copies of the foregoing Modification and attached Notice of Opportunity to Object have been mailed to the following, via U.S. Mail or electronically.

        Joyce Bradley Babin
        Chapter 13 Trustee
        (via electronic filing)

        U.S. Bank National Association
        (via electronic filing)

        D. Renee Price
        Attorney at Law
        Dyke & Winzerling, PLC
        (via electronic filing)

        And to all other creditors per debtor's matrix this 20th day of July 2015.
        (via electronic filing)

DATE: July 20, 2015 /s/ CLARENCE W. CASH